DAVID S. MacCUISH (State Bar No. 054264)
TODD BENOFF (State Bar No. 192983)
LINDSAY G. CARLSON (State Bar No. 235999)
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: david.maccuish@alston.com
todd.benoff@alston.com
lindsay.carlson@alston.com

Attorneys for Defendant
**WATTS WATER TECHNOLOGIES, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

STATE FARM GENERAL INSURANCE COMPANY,

Plaintiff,

v.

KOHLER CO.; WATTS WATER TECHNOLOGIES, INC.; and DOES 1 Through 10, Inclusive,

Defendants

Case No. C 09-04504 SI

Hon. Susan Illston, presiding

**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE [CIVIL L.R. 16-10(a)]**

Date: January 15, 2010
Time: 2:30 p.m.
Place: Courtroom 10, 19th Fl.

Pursuant to Civil Local Rule 16-10(a), defendant Watts Regulator Co., erroneously named as Water Technologies, Inc. ("Watts"), requests that the undersigned counsel for Watts be permitted to participate by telephone in the Case Management Conference scheduled in the above-captioned case on January 15, 2010 at 2:30 p.m. The undersigned can be reached at the following number on January 15, 2010: (213) 576-1000.

DATED: December 22, 2009    DAVID S. MacCUISH
TODD BENOFF
LINDSAY G. CARLSON
**ALSTON + BIRD LLP**

/S/
_____
David S. MacCuish
Attorneys for Defendant
**WATTS WATER TECHNOLOGIES, INC.**

### [PROPOSED] ORDER

The Court has received defendant Watts Water Technologies, Inc.'s Request to Participate in Case Management Conference by Telephone, and hereby grants the request.

Date: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE