L. Victor Bilger, Jr.   (State Bar No. 081609)
Arlene Hoang    (State Bar No. 193395)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900,
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

Donald P. Eichhorn    (State Bar No. 139863)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendant
KOHLER CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>KOHLER CO.; WATTS WATER TECHNOLOGIES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 09-04504 SI<br><br>**STIPULATION FOR EXTENSION OF TIME FOR KOHLER CO. TO FILE THE ADR CERTIFICATION WITH THE SIGNATURE OF KOHLER'S REPRESENTATIVE; [PROPOSED] ORDER**<br><br>Judge: Hon. Susan Illston, Presiding |

**STIPULATION FOR EXTENSION OF TIME
FOR KOHLER CO. TO FILE THE ADR CERTIFICATION
WITH THE SIGNATURE OF KOHLER'S REPRESENTATIVE**

WHEREAS the last day to file the ADR Certification signed by Parties and Counsel is on December 28, 2009.

WHEREAS Defendant Kohler Co. and its representative are located in Kohler, Wisconsin.

---
1
STIPULATION FOR EXTENSION OF TIME FOR KOHLER TO FILE THE ADR CERTIFICATION
500859.1

WHEREAS due to the Christmas and New Years Holiday break, the representative for Kohler is out of the office and unreachable.

WHEREAS Kohler Co. is requesting an extension up to January 11, 2009 to file its ADR Certification with the signature of Kohler's representative.

WHEREAS all parties to this lawsuit have agreed to the extension of time for Kohler Co.'s representative to execute and to file the ADR Certification.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that the last day for Kohler to file its ADR Certification with the signature of Kohler Co.'s representative is January 11, 2009.

IT IS SO STIPULATED

Dated: 28 Dec. 2009

LAW OFFICES OF GEORDAN GOEBEL

By: _____
GEORDAN GOEBEL
Attorneys for Plaintiff
STATE FARM GENERAL
INSURANCE COMPANY

Dated:

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
L. VICTOR BILGER, JR.
ARLENE HOANG
DON EICHHORN
Attorneys for Defendant
KOHLER CO.

///
///
///
///
///
///
///

2
STIPULATION FOR EXTENSION OF TIME FOR KOHLER TO FILE THE ADR CERTIFICATION
500859.1

WHEREAS due to the Christmas and New Years Holiday break, the representative for Kohler is out of the office and unreachable.

WHEREAS Kohler Co. is requesting an extension up to January 11, 2009 to file its ADR Certification with the signature of Kohler's representative.

WHEREAS all parties to this lawsuit have agreed to the extension of time for Kohler Co.'s representative to execute and to file the ADR Certification.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that the last day for Kohler to file its ADR Certification with the signature of Kohler Co.'s representative is January 11, 2009.

IT IS SO STIPULATED

Dated:                             LAW OFFICES OF GEORDAN GOEBEL

By: _____
GEORDAN GOEBEL
Attorneys for Plaintiff
STATE FARM GENERAL
INSURANCE COMPANY

Dated: 12/28/09            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
L. VICTOR BILGER, JR.
ARLENE HOANG
DON EICHHORN
Attorneys for Defendant
KOHLER CO.

///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: 12/28/09 | ALSTON & BIRD LLP |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | LINDSAY G. CARLSON<br>Attorneys for Defendant |
| 5 | | WATTS WATER<br>TECHNOLOGIES, INC. |

APPROVED AND SO ORDERED

Date: _____

UNITED STATES DISTRICT JUDGE

---

3
STIPULATION FOR EXTENSION OF TIME FOR KOHLER TO FILE THE ADR CERTIFICATION
500859.1

| | | |
|---|---|---|
| 1 | Dated: | ALSTON & BIRD LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | LINDSAY G. CARLSON |
| | | Attorneys for Defendant |
| 5 | | WATTS WATER TECHNOLOGIES, INC. |

APPROVED AND SO ORDERED

*/s/ Susan Illston*
_____
UNITED STATES DISTRICT JUDGE

Date:

---

3
STIPULATION FOR EXTENSION OF TIME FOR KOHLER TO FILE THE ADR CERTIFICATION
500859.1

| | |
|---|---|
| 1 | Geordan Goebel (State Bar No. 149513) |
| 2 | **LAW OFFICES OF GEORDAN GOEBEL** |
|   | 155 Granada Street, Suite M-2 |
| 3 | Camarillo, California 93010 |
| 4 | Telephone: (805) 482-7966 |
|   | Facsimile:  (805) 482-8879 |
| 5 | Attorneys for Plaintiff, |
| 6 | STATE FARM GENERAL INSURANCE COMPANY |
| 7 | L. Victor Bilger, Jr. (State Bar No. 081609) |
| 8 | Arlene Hoang (State Bar No. 193395) |
|   | **WILSON, ELSER, MOSKOWITZ,** |
| 9 | **   EDELMAN & DICKER LLP** |
| 10 | 555 South Flower Street, Suite 2900 |
|    | Los Angeles, California 90071 |
| 11 | Telephone: (213) 443-5100 |
| 12 | Facsimile:  (213) 443-5101 |
|    | Attorneys for Defendants, |
| 13 | KOHLER CO. |
| 14 | |
|    | Donald P. Eichhorn (SBN 139863) |
| 15 | **WILSON, ELSER, MOSKOWITZ,** |
| 16 | **   EDELMAN & DICKER LLP** |
|    | 525 Market St., 17th Flr. |
| 17 | San Francisco, CA  94105-2725 |
| 18 | Telephone:  415-433-0990 |
|    | Facsimile:  415-434-1370 |
| 19 | Attorneys for Defendant |
| 20 | KOHLER CO. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, | Case No.: C 09-04504 SI |
| Plaintiff, | Hon. Susan Illston, Presiding |
| v. | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| KOHLER CO.; WATTS WATER TECHNOLOGIES, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

ADR CERTIFICATION BY PARTIES AND COUNSEL

499858.2

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the |
| 2 | |
| 3 | undersigned certifies that he or she has: |
| 4 | (1) Read the handbook entitled "*Dispute Resolution Procedures in the* |
| 5 | |
| 6 | *Northern District of California*" on the Court's ADR Internet site www.adr. |
| 7 | cand.uscourts.gov. |
| 8 | (2) Discussed the available dispute resolution options provided by the Court |
| 9 | |
| 10 | and private entities; and |
| 11 | /// |
| 12 | /// |
| 13 | |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | |
| 22 | /// |
| 23 | /// |
| 24 | |
| 25 | /// |
| 26 | |
| 27 | |
| 28 | |

1     (3) Considered whether this case might benefit from any of the available

2 dispute resolution options.

3

4   Dated:                                                                LAW OFFICES OF GEORDAN GOEBEL

5

6                                                         By: _____

7                                                                GEORDAN GOEBEL  
                                                               Attorneys for Plaintiff

8                                                                STATE FARM GENERAL INSURANCE COMPANY

9

10   Dated:                                                         PLAINTIFF STATE FARM GENERAL INSURANCE COMPANY

11

12

13                                                           By: _____

14

15   Dated: 12/28/09                          WILSON ELSER MOSKOWITZ, EDELMAN & DICKER, LLP

16

17                                                           By: /s/

18                                                             L. VICTOR BILGER, JR.  
                                                               ARLENE HOANG

19                                                                DONALD P. EICHHORN

20                                                                Attorneys for Defendant KOHLER CO.

21

22   Dated:                                                         DEFENDANT KOHLER CO.

23                                                           By: Signature to Follow

24                                                              BRIAN CHRISTENSEN,  
                                                             CORPORATE INSURANCE MANAGER

25

26

27

28

| | |
|---|---|
| 1 | (3) Considered whether this case might benefit from any of the available dispute resolution options. |
| 2 | |
| 3 | |
| 4 | Dated: 28 Dec. '09 |
| 5 | |
| 6 | LAW OFFICES OF GEORDAN GOEBEL |
| 7 | By: /s/ |
| 8 | GEORDAN GOEBEL |
| 9 | Attorneys for Plaintiff STATE FARM GENERAL INSURANCE COMPANY |
| 10 | Dated: 28 Dec. '09 |
| 11 | PLAINTIFF STATE FARM GENERAL INSURANCE COMPANY |
| 12 | |
| 13 | By: /s/ Geordan Goebel |
| 14 | |
| 15 | Dated: |
| 16 | WILSON ELSER MOSKOWITZ, EDELMAN & DICKER, LLP |
| 17 | |
| 18 | By: _____ |
| 19 | L. VICTOR BILGER, JR. |
| 20 | ARLENE HOANG DONALD P. EICHHORN |
| 21 | Attorneys for Defendant KOHLER CO. |

499858.1                3
ADR CERTIFICATION BY PARTIES AND COUNSEL