| | |
|---|---|
| 1 | DAVID S. MacCUISH (State Bar No. 054264) |
| 2 | TODD BENOFF (State Bar No. 192983)<br>LINDSAY G. CARLSON (State Bar No. 235999) |
| 3 | **ALSTON + BIRD LLP**<br>333 South Hope Street, 16th Floor |
| 4 | Los Angeles, CA  90071<br>Telephone:  (213) 576-1000 |
| 5 | Facsimile:  (213) 576-1100<br>E-mail:      david.maccuish@alston.com |
| 6 |              todd.benoff@alston.com<br>              lindsay.carlson@alston.com |
| 7 | Attorneys for Defendant |
| 8 | **WATTS WATER TECHNOLOGIES, INC.** |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>KOHLER CO.; WATTS WATER TECHNOLOGIES, INC.; and DOES 1 Through 10, Inclusive,<br><br>            Defendants | Case No. C 09-04504 SI<br><br>Hon. Susan Illston, presiding<br><br>**AMENDED REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE [CIVIL L.R. 16-10(a)]**<br><br>Date: January 15, 2010<br>Time: 2:30 p.m.<br>Place: Courtroom 10, 19th Fl. |

1

AMENDED REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE [CIVIL L.R. 16-10(a)]
USDC CASE NO. C 09-04504-SI

LEGAL02/31688453v1

Pursuant to Civil Local Rule 16-10(a), defendant Watts Regulator Co., erroneously named as Water Technologies, Inc. ("Watts"), requests that the undersigned counsel for Watts be permitted to participate by telephone in the Case Management Conference scheduled in the above-captioned case on January 15, 2010 at 2:30 p.m. The undersigned can be reached at the following telephone number on January 15, 2010: (213) 576-1000.

In the event that Mr. MacCuish unexpectedly becomes unavailable, Mr. Todd Benoff or Ms. Lindsay Carlson will be available at the same telephone number, in his place.

DATED: December 28, 2009
DAVID S. MacCUISH
TODD BENOFF
LINDSAY G. CARLSON
**ALSTON + BIRD LLP**

/S/
_____
David S. MacCuish
Attorneys for Defendant
**WATTS WATER TECHNOLOGIES, INC.**

### [PROPOSED] ORDER

The Court has received defendant Watts Water Technologies, Inc.'s Request to Participate in Case Management Conference by Telephone, and hereby grants the request.

Date: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE