# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE FARM GENERAL INSURANCE CO,     No. C 09-04504 SI

       Plaintiff,           **PRETRIAL PREPARATION ORDER**

 v.                        CORRECTED

KOHLER CO,

       Defendant.

_____/

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 26, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>August 27, 2010</u>.

DESIGNATION OF EXPERTS: <u>8/30/10</u>; REBUTTAL: <u>9/17/10</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 8, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>October 29, 2010</u>;

     Opp. Due <u>November 12, 2010</u>;  Reply Due <u>November 19, 2010</u>;

      and set for hearing no later than <u>December 3, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>January 25, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>February 7, 2011</u> at <u>8:30 AM.</u>,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted defendant leave to file a counterclaim.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____       _____
                              SUSAN ILLSTON
                              United States District Judge