L. Victor Bilger, Jr. (State Bar No. 081609)
Arlene Hoang (State Bar No. 193395)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101
Attorneys for Defendant, Counter-Claimant and Counter Defendant
KOHLER CO.

Donald P. Eichhorn (SBN 139863)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market St., 17th Flr.
San Francisco, CA  94105-2725
Telephone:  415-433-0990
Facsimile:   415-434-1370
Email:         Donald.Eichhorn@Wilsonelser.com
Attorneys for Defendant, Counter-Claimant and Counter Defendant
KOHLER CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KOHLER CO.; WATTS WATER TECHNOLOGIES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____<br>KOHLER CO.<br><br>Cross-Complainant,<br><br>v.<br><br>WATTS WATER TECHNOLOGIES, INC., and ROES 1 Through 50, Inclusive,<br><br>Cross-Defendants.<br>_____ | Case No.:  C 09-04504 SI<br>Judge:  Hon. Susan Illston<br><br>**NOTICE OF SETTLEMENT**<br><br>IT IS SO ORDERED<br>[Signature]<br>Judge Susan Illston |

1
**NOTICE OF SETTLEMENT**

959313.1

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS
2  OF RECORD:
3      PLEASE TAKE NOTICE that a settlement has been reached in this matter
4  in its entirety, as to each and every claim asserted and as to all parties. The parties
5  are presently exchanging the final settlement documents, and expect to have the
6  settlement finalized within the next thirty to forty-five days.
7      The next hearing that is scheduled for this matter is a further Case
8  Management Conference with the Court on October 1, 2010, at 3:00 p.m.

10  Dated: August 20, 2010                         WILSON, ELSER, MOSKOWITZ,
                                                                 EDELMAN & DICKER LLP

By: _____
L. Victor Bilger, Jr.
Arlene N. Hoang
Alex Bruno
Attorneys for Defendant
KOHLER CO.